

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00659-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Margarita **LOPEZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV05720
Honorable John Longoria, Judge Presiding

## O R D E R

After this court granted the court reporter's first request for an extension of time to file the reporter's record, it was due on November 25, 2019. *See* TEX. R. APP. P. 35.1. Before the due date, court reporter Kimberly Rice Lobello filed a second notification of late reporter's record. She requested an extension of time to file the record until December 25, 2019.

The request is GRANTED. The reporter's record is due on December 27, 2019. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by December 27, 2019, any requests for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2019.

Michael A. Cruz,
Clerk of Court